Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

JUNE 5TH 2003

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                  Plaintiff, )
                v. )
RICKY WAYNE REED, )
                  Defendant )

CR03 0245R

INDICTMENT

The Grand Jury charges that

## COUNT 1

### (Carrying a Concealed Dangerous Weapon on an Aircraft)

On or about May 23, 2003, at Bellingham, within the Western District of Washington, RICKY WAYNE REED did knowingly attempt to board an aircraft intended for operation in intrastate air transportation, that is, Horizon Air Flight # 2119, with a concealed dangerous weapon on his person or property that would have been accessible to him in flight.

All in violation of Title 49, United States Code, Section 46505(b)(1).

## COUNT 2

### (Carrying an Explosive Device on an Aircraft)

On or about May 23, 2003, at Bellingham, within the Western District of Washington, RICKY WAYNE REED did knowingly attempt to board an aircraft

INDICTMENT/REED - 1

CR 03-00245 #00000009

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  intended for operation in intrastate air transportation, that is, Horizon Air Flight

2  # 2119, and place, attempt to place, or have placed on the aircraft, an explosive device.

3       All in violation of Title 49, United States Code, Section 46505(b)(3)

4

5                               A TRUE BILL:

6                               DATED: 6/5/03

7

8                               _JT Moore_____

9                               FOREPERSON

10

11  _MLBeltt_____

12  JOHN McKAY
    United States Attorney

13

14  _Carl Blctt_____

15  CARL BLACKSTONE
    Assistant United States Attorney

16

17  _Andrew R Hamilton_____

    ANDREW R. HAMILTON
18  Assistant United States Attorney

19

20  _John J. Luleman_____

    JOHN J. LULEJAN
21  Assistant United States Attorney

22

23

24

25

26

27

28

INDICTMENT/REED - 2