UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 03-245 FDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S PRE-PLEA |
| | ) | SENTENCING MEMORANDUM |
| RICKY WAYNE REED, | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the defendant Rick Wayne Reed to respectfully submit this memorandum in mitigation of his sentencing.

## I.  REQUEST TO PROCEED DIRECTLY TO SENTENCING

The parties are asking the Court to proceed directly to sentencing after it accepts the plea agreement.  There is no substantial dispute of material facts and this misdemeanor is not listed in the sentencing guidelines.  Mr. Reed does not have any significant criminal history.  His misdemeanor violations of the past are more than 15 years old.  His background, arrest record, and self-employment has been reported and verified to pretrial services.  There is no need for further delay in sentencing.

## II.  OFFENSE CONDUCT

Mr. Reed admits that he entered a secured area of the Bellingham airport with a firework type of device commonly referred to as a seal bomb.  It is used by commercial fishermen to scare seals away from their nets.  The "bombs" actually resemble M-80

DEFENDANT'S PRE-PLEA SENTENCING MEMO
(*RICKY WAYNE REED*) # 03-245 FDB          1

**FEDERAL PUBLIC DEFENDER**
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100

1  firecrackers and are sold at fishing supply stores –usually in packs of 100 for about $100.

2  They are available in Bristol Bay, Alaska and one seal bomb is of little use for a commercial

3  fisherman.

4        It is clear that Mr. Reed was not trying to "sneak" this on the plane since there was

5  absolutely no reason for him to do so. Mr. Reed has used these devices in the past. As a

6  commercial fisherman, he leaves for Alaska in May and returns in September. He carries

7  vitamins, aspirin, and personal items in a shaving kit carrying case. When he returns from

8  fishing, he leaves this case with other travel items in his garage until his May departure.

9  Mr. Reed suspects that he placed this seal bomb in his shaving kit either when he returned

10 home from his last trip or some time afterwards to keep it away from his children. As he

11 stated to law enforcement, "he should have known that it was in there." Either he or his

12 wife put the case in his duffel bag when they were packing. Mr. Reed cooperated with law

13 enforcement. He answered all of their questions to the best of his memory and ability.

14 **III.    SENTENCING RECOMMENDATION**

15        We ask that the Court impose a fine of $100 and a penalty assessment of $25.00. Mr.

16 Reed and his family already paid dearly for this in a number of ways. For instance, Mr.

17 Reed was going to Alaska to begin his fishing season. He was going to meet two men who

18 he hired for his crew. He gave these men an advance for expenses and their travel to

19 Alaska. Because he was delayed an additional three weeks here after his arrest, his crew

20 found work with others. Mr. Reed lost money during the time that he had to stay in the area

21 and he never was able to recover the money he spent on his crew. His gross profit for this

22 fishing season was half of what he usually makes.

23        More importantly, news of his arrest scarred his reputation. This case was covered

24 on three major news networks in the Puget Sound area. Print media carried the story in

25 Seattle, Bellingham, Anchorage, Fairbanks, Juneau, and Las Vegas. The Reeds lives in a

26 small community where they enjoy a peaceful and quiet family life. In reporting this

DEFENDANT'S PRE-PLEA SENTENCING MEMO
(*RICKY WAYNE REED*) # 03-245 FDB          2

**FEDERAL PUBLIC DEFENDER**
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100

1 incident, the media suggested that Mr. Reed was a troubled man who was having family

2 problems. This confusion was reported by law enforcement officers who misinterpreted a

3 prayer that Mr. Reed wrote on a religious retreat.

4 We are providing the attached letters from people who wrote while the parties were

5 negotiating a resolution of this matter. We hope that these statements of support will

6 provide additional information about Mr. Reed.

7 The resources of the Probation Office would be wasted if supervision were imposed

8 in this case. The purpose of probation is primarily to protect the community against any

9 further risk of crime by the offender. In a case where the offender already suffered a

10 detriment and his history does not suggest any risk to the safety of the community,

11 probation is improper. He has one misdemeanor conviction that is 20 years old. He has

12 been a commercial fishermen since his teenage years. He successfully provides financial

13 support to his wife and children. He is well liked and admired by his peers and his family.

14 Considering the foregoing, there is no reason to further penalize Mr. Reed for this

15 mistake. Mr. Reed is a family man first and a businessman second. His family and his

16 business took serious blows here. This experience and its consequences provide sufficient

17 deterrence. The government and the Court can be assured that Mr. Reed will not allow this

18 to happen again.

19 DATED this 10th day of September, 2003.

20 Respectfully submitted,

21 s/ Omodare Jupiter
   Louisiana Bar # 23804
22 Attorney for Ricky Wayne Reed
   Federal Public Defender's Office
23 1111 Third Avenue, Suite 5100
   Seattle, WA 98101
24 omodare_jupiter@fd.org

25

26

**FEDERAL PUBLIC DEFENDER**
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

DEFENDANT'S PRE-PLEA SENTENCING MEMO
(*RICKY WAYNE REED*) # 03-245 FDB          3

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2003, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Assistant United States Attorneys John Joseph Lulejian and Andrew R. Hamilton.

s/  Omodare Jupiter
Louisiana Bar # 23804
Attorney for Ricky Wayne Reed
Federal Public Defender's Office
1111 Third Avenue, Suite 1100
Seattle, WA   98101
(206) 553-1100
Fax No.: (206) 553-0120
omodare_jupiter@fd.org

DEFENDANT'S PRE-PLEA SENTENCING MEMO
(*RICKY WAYNE REED*) # 03-245 FDB                4

**FEDERAL PUBLIC DEFENDER**
1111 Third Avenue, Suite 1100
Seattle, Washington  98101
(206) 553-1100

# LETTERS OF SUPPORT FOR RICKY WAYNE REED

May 30, 2003

To The Federal Court
Attention: Mr. Jupiter

We have known Ricky Reed since 1987.  Back in 1987 we met Ricky and
became business partners (us with the permit, him with the vessel)
commercial fishing in Bristol Bay.  We have also been close friends ever
since then and think the world of him.

As a commercial fisherman, Ricky is one of the best skippers around and he
loves fishing.  But as a commercial fisherman this is his livelyhood and of
utmost importance to his life.  Ricky is always willing to help anyone in
need and would give the shirt off his back.

As a fisherman, Joe has worked with Ricky in Bristol Bay for several years.
One of the common practices is using seal bombs to chase the seals off from
the net.  The net is 900' long and seals will take one bite out of the belly of
each fish, thereby ruining the catch.  This is a non-lethal way to keep them
out of the gear.

As a friend, Ricky is one of the finest people we know.  He has always loved
our family and he is good friends with our kids.  Ricky loves our country
and is truly a man of God.  He is wonderful family man and deeply loves his
wife and two children.

In closing, we want to say that Ricky Reed is one of the finest, patriotic,
God-fearing men we know.  We believe in him as a person and a
commercial fisherman and are willing to appear in Seattle for court if that is
necessary.

Thank you for your consideration of our testimony and are thankful for all of
your help you are giving our dear friend, Ricky Reed.

Sincerely,

Joe & Betty Bair

Mr. Omodare Jupiter
Assistant Federal Public Defender
1111-3rd Ave. Ste. 1100
Seattle, WA 98101

Dear Sir:

Please find enclosed the character declaration you have re-
quested for my brother-in-law, Mr. Rick Reed, whose case you
are currently handling.

If this is insufficient, or inadequate in some way, please let
me know immediately at the phone number listed below, and I
will gladly revise it.

On behalf of my family, our most sincere thanks for your
efforts on Rick's behalf.

Sincerely,

Debra J. Knepper
187 Evergreen Drive
Evergreen, CO  80439-4712
303-674-6501



May 27, 2003

To Whom It May Concern:

I am writing this letter on behalf of Rick Reed. Our company is involved in purchasing and processing Alaskan seafood. Mr. Reed has fished in Bristol Bay for our company in all but 3 years since 1989. Prior to that time he also delivered crab and halibut to our Kodiak facility. Our dealings and relationship with Rick has always been good.

In my opinion, a Bristol Bay fishermen's livlihood is dependent on him being in Bristol Bay no later than June 15. Arriving any later than that will make it difficult to make the necessary preparations for a viable fishing operation.

Sincerely,
Ocean Beauty Seafoods, Inc.

Jon Black
V.P. Alaska Operations

**Arctic Fox Building Systems**
751 Reeve Cir.
Wasilla, Ak. 99654
(907) 376-5443 ph/fax

FAX TRANSMITTIAL

DATE:  June 1, 2003

TO:  Mr. Jupiter

FAX NUMBER: (206) 553-0120

FROM: Chuck Morris

No. OF PAGES INCLUDING COVER: 1

REFERENCE: Mr. Rick Reed

Mr. Jupiter,

My name is Chuck Morris, and I own Arctic Fox Building Systems in Wasilla
Alaska.  I am writing to you on behalf of Rick Reed, a long time friend of mine.  I
have known Rick for about 14 years, during which time we have worked together
in two different trades.  I first met him in Bristol Bay, while fishing for salmon.  He
had his own boat for a number of years previous to that, and is an excellent
fisherman.  He has made his living fishing for halibut and salmon during the
entire time I have known him.  I have worked for him on his boat, and he has
worked for me briefly in the construction trade.  He has always tried to do his
very best in whatever he does, and has always displayed excellent character.  I
am totally sure that his encounter at the airport in Washington was due entirely
to his trying to get ready for fishing.  Rick does make the majority of his living
from fishing, and it would be disastrous financially for him to miss this season
due to having to stay in the state of Washington awaiting a hearing.  I know Rick
would not be a flight risk, and I am sure that his intentions were only to get to the
fishing grounds and go fishing.  I would strongly urge anyone involved with Rick's
case to consider letting him fish the short season, and settle the legal aspects of
the case in a time frame that is not so financially troubling as is presently being
considered.  Please feel free to contact me if you have any questions, or would
like further input.

Sincerely,

Chuck  Morris

May 30, 2003

To The Federal Court
Attention: Mr. Jupiter

We have known Ricky Reed since 1987. Back in 1987 we met Ricky and became business partners (us with the permit, him with the vessel) commercial fishing in Bristol Bay. We have also been close friends ever since then and think the world of him.

As a commercial fisherman, Ricky is one of the best skippers around and he loves fishing. But as a commercial fisherman this is his livelyhood and of utmost importance to his life. Ricky is always willing to help anyone in need and would give the shirt off his back.

As a fisherman, Joe has worked with Ricky in Bristol Bay for several years. One of the common practices is using seal bombs to chase the seals off from the net. The net is 900' long and seals will take one bite out of the belly of each fish, thereby ruining the catch. This is a non-lethal way to keep them out of the gear.

As a friend, Ricky is one of the finest people we know. He has always loved our family and he is good friends with our kids. Ricky loves our country and is truly a man of God. He is wonderful family man and deeply loves his wife and two children.

In closing, we want to say that Ricky Reed is one of the finest, patriotic, God-fearing men we know. We believe in him as a person and a commercial fisherman and are willing to appear in Seattle for court if that is necessary.

Thank you for your consideration of our testimony and are thankful for all of your help you are giving our dear friend, Ricky Reed.

Sincerely,

Joe & Betty Bair

To whom it may concern,

My name is Jack W. Rocker; my address is 6164 Lincoln Drive, Ferndale WA. and my phone is (360) 325-8458. I have known Rick Reed since 1988 when I met him in Alaska. He is a very fine man. A honest and hard working fisherman. His character is beyond reproach. Rick is a very religious person and lives everyday in a manner, which displays his beliefs and goodwill to others. His love for his family and friends is always evident in his willingness to be of service in any way that he can. His wife and children are his life. He works hard to provide the best for them and to give his children a positive and moral upbringing. I count him among my very closest and dearest friends.

Sincerely,

Jack W. Rocker



**alaska fresh seafoods, Inc.**

PLANT: 105 MARINE WAY, KODIAK, AK 99615 (907) 486-5749 FAX (907) 486-6417
HEAD OFFICE: 4241 21ST AVE. WEST, SUITE 204, SEATTLE, WA 98199

May 28, 2003

To Whom It May Concern:

I am writing this letter on behalf of Mr. Rick Reed. Mr. Reed has been delivering his seafood to Alaska Fresh Seafoods, Inc. for approximately the past eight years. In our numerous years of working together, Mr. Reed has always shown honesty and complete competence, not only as a professional fisherman but also as a friend.

Over the years, I have spent much time around Mr. Reed and feel I have gotten to know him quite well. Through our business encounters and through personal time he has spent at the plant, I have enjoyed working and spending time with him. He is always welcome to dock his boat at the plant, which happens quite often due to unsafe weather conditions or while waiting for a fishery to open. During these periods, I have never seen him intoxicated in any manner, or disruptive to any person or anything. Mr. Reed has always shown complete respect with regard to other people and their property.

I am aware that Mr. Reed was coming to Alaska to participate in the upcoming Bristol Bay salmon fishery. This particular salmon fishery is one of his main sources of income. If he is unable to participate, it will impact his livelihood tremendously. It should also be noted that this fishery lasts only for a short while, approximately three weeks. Unlike other salmon openings that last throughout the summer, Bristol Bay has a highly rapid pace. It is vital that Mr. Reed make this opening or he will miss his opportunity to fish completely.

I have been in the seafood processing industry for over thirty years and have dealt with a great number of fishermen. Mr. Reed is truly a man of honor. He is pleasant to be around, trustworthy and loyal. He is one of our most respected fishermen. He is the type of person that would give you the shirt off his back if you needed it. He is always the first to lend a helping hand.

Please give my letter great consideration regarding Mr. Reed's character. If I can be of any further assistance please do not hesitate to contact me.

Sincerely,

David Woodruff
Vice President & Plant Manager



Alaska State Legislature

- Interim (May-Dec.) -
10928 Eagle River Rd., Suite 140
Eagle River, Alaska 99577
☎ (907) 694-6683
FAX (907) 694-1015

- Session (Jan.-May) -
Alaska State Capitol
Juneau, Alaska 99801-1182
☎ (907) 465-2199
FAX (907) 465-4587

Toll free (800) 342-2199

# REPRESENTATIVE FRED DYSON

Mr. Jupiter, Pubic Defender                                    May 30, 2003
1111 3rd Avenue, Suite 1100
Seattle, WA   98101

Dear Mr. Jupiter,

I have fished with Rick Reed in the Bristol Bay fishery as a commercial fisherman and it is obvious to me that someone has missed the target by profiling him as a terrorist. "Seal bombs" (fire crackers with a purpose) and pocket knives have been packed by commercial fishermen on airplanes in Alaska for over 40-50 years.  Airplanes are the only practical means of transportation to some of our fisheries.

I am not saying that Rick has not made an error in judgment--- no doubt based on his ignoring the news, but he is a good citizen with no known record, no connections to foreign groups, and is not even very active in local politics. He is a husband, father, Alaska property owner, and a man of good reputation.

If you need to contact me, please call my office at (907) 465-2199.   Please get Rick out of this jam as soon as possible so he can get on with being a productive US citizen and not a statistic on our welfare roles.

Thank you

Sincerely,

Senator Fred Dyson
Alaska State Legislature

(Note:  We just finished our legislative session and our stationary is being shipped from Juneau, Alaska to our home office in Eagle River Alaska. Consequently, I am sending this on my readily available "Representative" stationary left from the 6 years I served in the House of Representatives before moving to the Alaska Senate in 2002.)

- E-mail -
Representative_Fred_Dyson
@Legis.state.ak.us

- Internet -
ttp://www.akrepublicans.org

Mr. Jupiter, Pubic Defender
1111 3rd Avenue, Suite 1100                                    May 30, 2003
Seattle, WA   98101

Dear Mr. Jupiter,

I have been hearing about the troubling matter regarding my long time friend and
acquaintance, Ricky Reed.  I am very sure that this whole airplane incident is an over-
reaction resulting from misunderstandings.  I appreciate your difficult task of sorting this
all out, and am hoping this information will help you understand what happened and help
you release Rick so he can get to his commercial fishing.  Commercial fishermen make
their money in very short and intense "openings" and he will go bankrupt quickly if not
released.

Rick has been commercial fishing for as long as I can remember (over 20 years).  His
reputation and character is such that I allowed my young son go with him out of Kodiak,
Alaska several times.  Commercial fishing is a great opportunity for young Alaskans, but
reputable Captain's that need a crew member are rare indeed.  Rick is known to be one of
the best--- both in production and ability to be a stable, safe captain.  He has dealt with
work related tragedy and loss well and has always demonstrated a good attitude and
bounced back to be ever more successful.  Rick fits the stereotype of a successful Alaska
commercial fisherman as many of us can vouch for.  The fact that he probably knows
very little about tightened airport security and rules is consistent with that stereotype.
Fishing is very remote and offers a reality that is very independent and different from
airport rules or even international affairs.

As to the "seal-bomb": The name is unfortunate.  They are designed and regularly used
to SCARE seals (not hurt them).  Seal bombs are part of virtually every commercial
salmon fishing outfit.   A seal will go down a salmon net and take one bite out of the
stomach of every salmon and leave the rest--- destroying hundreds of dollars worth of
fish in a short time.   Seal bombs are simply the same big fire crackers we used to buy as
kids (M-80's) that are covered with wax so they can be tossed into the water along the net
to scare off the seals.  Of course they can be dangerous just like any fireworks, but they
would be totally ineffective as a "bomb" to damage even a light aircraft.  Rick may have
exercised poor judgment by packing it, but he would consider it simply as a tool of his
trade--- never as a weapon.

Please get Rick free of this situation as soon as possible so he will not be financially
ruined.  It is a waste of public money and a very severe hardship on him and his crew to
detain him any longer.  If you would like to question me in more detail, please call.  My
work phone is 907-465-2199 (I work for Senator Fred Dyson); home and message phone
(907) 376-6115; and my cell phone is (907) 232-1508.

Sincerely,

Wesley C Keller

May 30, 2003

To The Federal Court
Attention: Mr. Jupiter

We have known Ricky Reed since 1987.  Back in 1987 we met Ricky and
became business partners (us with the permit, him with the vessel)
commercial fishing in Bristol Bay.  We have also been close friends ever
since then and think the world of him.

As a commercial fisherman, Ricky is one of the best skippers around and he
loves fishing.  But as a commercial fisherman this is his livelyhood and of
utmost importance to his life.  Ricky is always willing to help anyone in
need and would give the shirt off his back.

As a fisherman, Joe has worked with Ricky in Bristol Bay for several years.
One of the common practices is using seal bombs to chase the seals off from
the net.  The net is 900' long and seals will take one bite out of the belly of
each fish, thereby ruining the catch.  This is a non-lethal way to keep them
out of the gear.

As a friend, Ricky is one of the finest people we know.  He has always loved
our family and he is good friends with our kids.  Ricky loves our country
and is truly a man of God.  He is wonderful family man and deeply loves his
wife and two children.

In closing, we want to say that Ricky Reed is one of the finest, patriotic,
God-fearing men we know.  We believe in him as a person and a
commercial fisherman and are willing to appear in Seattle for court if that is
necessary.

Thank you for your consideration of our testimony and are thankful for all of
your help you are giving our dear friend, Ricky Reed.

Sincerely,

Joe & Betty Bair



# UNITED STATES DEPARTMENT OF COMMERCE
## NOAA/National Marine Fisheries Service

Alaska Enforcement Division
1211 Gibson Cove Road
Kodiak, Alaska 99615

May 30, 2003

Mr. Jupiter                                    Via fax: (206) 553-0120
c/o Federal Public Defender's Office

Mr. Jupiter:

My name is Kenneth D. Hansen. I am employed as an Assistant Special Agent in Charge for
National Marine Fisheries Service, US Dept of Commerce, and supervise federal fisheries law
enforcement activities in Western Alaska. Mr. Rick Reed just contacted me and explained the
circumstances he has found himself in, and I have read a media account of the incident. Mr.
Reed has asked if I would relate information germane to my knowledge of him and potentially
this investigation.

I have known Mr. Reed for several years, as he has come into our office to ask regulatory
questions, and I and my staff have boarded the vessels he has operated over the years. In my 16
years of living and working in this position in Kodiak, I have no knowledge of Mr. Reed ever
being involved in any serious fisheries violations, and neither he nor his vessels have a reputation
in the community of being among the fishing element requiring a closer watch. Mr. Reed has
always been forthright in his dealings with me and my staff.

Regarding the "seal bomb"; this is a lawful and common means of deterrence used by
commercial fishermen when marine mammals are actively interacting with fishing gear or catch.
While the carriage of this explosive aboard an aircraft is certainly a separate issue, to my mind,
the mere possession of this item by Mr. Reed, given his employment in fishing, is neither
noteworthy nor unexpected.

If you have any additional questions, you may contact me at (907) 486-3298.

Regards,

Kenneth Hansen
Assistant Special Agent in Charge, Western Alaska



**alaska**
**fresh**
**seafoods, inc.**

PLANT: 105 MARINE WAY, KODIAK, AK 99615  (907) 486-5749  FAX (907) 486-6417
HEAD OFFICE:  4241 21ST AVE. WEST, SUITE 204, SEATTLE, WA 98199

May 28, 2003

To Whom It May Concern:

I am writing this letter on behalf of Mr. Rick Reed. Mr. Reed has been delivering his seafood to Alaska Fresh Seafoods, Inc. for approximately the past eight years. In our numerous years of working together, Mr. Reed has always shown honesty and complete competence, not only as a professional fisherman but also as a friend.

Over the years, I have spent much time around Mr. Reed and feel I have gotten to know him quite well. Through our business encounters and through personal time he has spent at the plant, I have enjoyed working and spending time with him. He is always welcome to dock his boat at the plant, which happens quite often due to unsafe weather conditions or while waiting for a fishery to open. During these periods, I have never seen him intoxicated in any manner, or disruptive to any person or anything. Mr. Reed has always shown complete respect with regard to other people and their property.

I am aware that Mr. Reed was coming to Alaska to participate in the upcoming Bristol Bay salmon fishery. This particular salmon fishery is one of his main sources of income. If he is unable to participate, it will impact his livelihood tremendously. It should also be noted that this fishery lasts only for a short while, approximately three weeks. Unlike other salmon openings that last throughout the summer, Bristol Bay has a highly rapid pace. It is vital that Mr. Reed make this opening or he will miss his opportunity to fish completely.

I have been in the seafood processing industry for over thirty years and have dealt with a great number of fishermen. Mr. Reed is truly a man of honor. He is pleasant to be around, trustworthy and loyal. He is one of our most respected fishermen. He is the type of person that would give you the shirt off his back if you needed it. He is always the first to lend a helping hand.

Please give my letter great consideration regarding Mr. Reed's character. If I can be of any further assistance please do not hesitate to contact me.

Sincerely,

David Woodruff
Vice President & Plant Manager

Dear Mr. Jupiter,                              06-02-03

   I have commercial fished halibut and salmon
for Rick Reed for the last 16 years. My wife,
children and I have been on several hunt-
ing trips with Rick over the years. I have
seen him interact with children and older
people and he is one of the nicest
I have seen him in good times and bad,
and he has always looked on the bright
side of things and didn't let 'stuff' get to
him, he has always been the easy going
type. Rick is a friend you could call
anytime, day or night, for any reason,
and he would show up with a smiling
face to give you a hand with whatever
needed to be done.

Yours truly,

Donald C. Messinger
Donald C. Messinger

Any questions please call
(907) 659-2688 work
(907) 376-7983 home
(907) 841-3802 cell

Dear Mr. Jupiter,                    06-02-03

I have known Rick Reed for 16 years, since
Don started commercial fishing with him.
He has stayed with us on several occassions
through the years. If my husband was
away and if I needed anything, I could
count on Rick to help. Rick is one of the
nicest, considerate and generous person I
have known. Anytime we have needed
help, he was a phone call away and always
willing to help. Ricky has always come across
as an easy going kind of guy who is kind,
considerate and caring. He always seems to
to see the positive and is high energy, even
if things aren't going well. Rick is one
of the nicest people that I know, a true
friend.

Yours truly,

Rosemarie L. Messinger
Rosemarie L. Messinger

Any questions please call
(907) 376-7983



[Click here and type return address]

# KODIAK ASSEMBLY OF GOD

### PASTOR REX LEATH

June 2, 2003

**Federal Public Defender**
**111 3rd Avenue Suite 1100**
**Seattle, Washington 98101**

**Attention Omodare Jupiter**

**Dear Mr. Jupiter**

I am writing in reference to Mr. Rick Reed of Bellingham Washington. Mr. Reed has been a good friend of mine for a number of years. I was very sorry to here of his recent trouble at the airport where he was arrested when it was discovered that he had a seal bomb in his possession. Rick is a very stable hardworking fisherman that has obviously been quite careless in respect to this incident. "Seal bombs" as they are called here in Alaska are used by virtually all the commercial fishermen to keep seals away from their fishing gear. These devices are usually purchased by the case lot and are really a tool of the trade for these fishermen. They can usually be found in their cars, trucks, boats, pockets, houses, etc.. .

Rick is a very good friend, whom I know quite well, and I can assure you that he has just been really careless. Although the pastor of a church now, for many years I worked in law enforcement assigned to the LAPD, and later as a federal special agent with the D.E.A. in San Diego. When my eldest son Rex Jr. who is now an Alaska State Trooper was still in school he would work with Rick on his fishing boat from time to time during the summers. This I readily consented to having full confidence in the integrity and stability of Mr. Reed.

Again, I hope this matter can be resolved quickly for Rick because he is truly an outstanding individual in every respect.

Sincerely,

Rex R. Leath
Pastor, Kodiak Assembly of God

TO WHOM IT MAY CONCERN

My name is James Shobe and Reside at 1712 E I llinois Street Bellingham Wa. I have resided in Bellingham for the past twenty years I worked at the Whatcom County Courthouse and Public Safty Bldg as an Electrical Maintenace Specialist prior to my retirement in 1995.

I have had athe privllege of knowning and having for a close friend fror the last five years Rick Reed. Rick is one of the kindest, gentle and caring person that I have ever met, I have but to call and ask for some type of assistance and he is here. He is known for his ability to fix, repair almost any type of equipment.

He is a devotely religious person with deep regard for his personal intergrity. His word is his bond. He is a faithful husband and a wonderful father.

What I am trying to say is that I am a better person for kowning Rick Reed and wish him well.


Sincerly James Shobe

PO Box 2956
Valdez, Alaska  99686

May 31, 2003

RE: Ricky Reed

Mr. Jupiter
Federal Public Defender
1111 3rd Ave., Ste.1100
Seattle, Washington  98101

Dear Mr. Jupiter,

My name is Carol R. Reed and I am writing in reference to Mr. Ricky Reed.  Ricky and I were married from August 1987 to March of 1999.  Shortly after being married I began fishing with Ricky in various fisheries in Alaska.  These fisheries require spending 24 hours a day together for, sometimes, weeks or months at a time.  In that amount of time you learn about each others strengths and weaknesses.

Ricky has many strengths.  Not only is he an accomplished welder, mechanic and respected fisherman, he is the most thoughtful and genuinely nicest person I have ever known.  He is generous to a fault, one of those that would truly give you his last dime if he thought you needed it.  Not only is he willing to give his money he is willing to give something more precious, his time.  His weakness, if it can be called a weakness, is he always sees the good in every body.  I could give you example after example where he demonstrates these qualities.

As a firefighter and employee on the Trans-Alaska Pipeline, I am acutely aware of the threat level and keep abreast of national and international news.  Although Ricky was aware of events of September 11, in the months since I am sure current events are not in the forefront of his mind.

It is always very stressful as you get ready to go fish.  Not only are you leaving loved ones for extended periods of time but you spend enormous amounts of money up front in hopes enough fish will be caught to cover the expenses and provide for your family.  This is increasingly harder as fisheries in Alaska decline.

Hazing devices are utilized to scare seals away from the nets.  A seal bit fish is unmarketable and a seal can take a bite out each fish faster than the net can be brought aboard.  This wastes thousands of dollars of salmon.  When a seal is spotted in the area there are several different hazing devices used in an attempt to scare the seal.  Cracker rounds from a shotgun or seal "bombs" are the most effective.  These devices are considered tools of the trade.  However the device ended up in Ricky's duffel bag, it was not looked at as a bomb but as a tool.  If you look at the statistics, Ricky is not the only one who has inadvertently arrived at the airport with overlooked pocket knives.

The series of events that led to this unfortunate circumstance were not preplanned or malicious.  Ricky works hard, helps friends and those less fortunate than himself, loves his family and would never do something to intentional cause harm to others.  The assumption that he would pose a threat to passengers or aircraft is ludicrous.  It was simply an over site and off the cuff and ill-timed remark.

If there is anything I can do help in this situation please do not hesitate to contact me.


Sincerely,

Carol R. Reed

Carol R. Reed
PO Box 2956
Valdez, Alaska 99686
Hm 907-835-9168
Wk 907-834-6301
Cell 907-831-0273

To: Omodare Jupiter
    Assistant Federal Public Defender

From: Don Opperman

Re: Rick Reed of Bellingham


Dear Mr. Jupiter:

Though we have not met, and, may never meet...you are an intimate
part of this family's consciousness and heartfelt support at
this time.

I write this to you in the hope that it is at least a small
light in this process. I know Rick Reed as the loving, caring,
attentive husband to my daughter...father to my grandchildren...
as a man with a heart as generous as any I know...and with
character and integrity incapable of conceiving, let alone
carrying out, ANY act of harm.

What happened here is that an innocent human being "blundered"
(through unawareness) into a nightmare. The terrible impacts
upon the lives of this family already are considerable.
Yes, shock comes to mind. Disbelief. And as heartsick as
we all are, we hope that a system designed to "protect"---
but so vulnerable to "rigidity and/or injustice"--will somehow
allow this nightmare to dissolve.

I fear, in this, for my family. But it has brought home to me
a reality that beyond the personal ramifications...one I
deeply hope cannot endure.

If there is no room for seeing beyond the mechanics of the
system...and the circumstances...and innocents CAN be
killed, ruined, or, otherwise devastated---then terrorism
has indeed achieved one of its principal goals.

Thank you for your attention, and Godspeed in your work.


Don Opperman

May 31, 2003

Attn: Mr. Jupiter

To Whom It May Concern:

I have known Rick Reed for the past 15 years. I have been on Rick's fishing boat with him halibut fishing and on pleasure outings. I have witnessed Rick in stressful situations.

I was around Rick many times while he went through a divorce. Rick is one of the kindest and calmest men that I know. I have seen Rick interact with my small children, and I have seen Rick interact and help out an elderly gentleman named Jack, and countless other people. Rick is the kind of man that would gladly give you the shirt off of his back if you needed it, then he would offer you his shoes.

I cannot stress enough how kind hearted and helpful to others Rick is to those he knows and even to strangers. Many years ago, Rick and his wife went to Mexico with myself and others to work on an orphanage, at his own expense. Rick is in the habit of extending himself this way.

With Regards,


Robert Jewett

To Whom It May Concern:

I have known Mr. Rick Reed since we were children in Bellingham, Washington, and have always known him to be a person of impeccable character.

He is a very hard-working individual-this began early in his teens, when he began his commercial fishing career by working summers in Alaska. He has been fishing commercially ever since, eventually captaining his own vessel.

Rick is, and has always been, a kind and caring human being: a devoted husband to my sister, father to my niece and nephew, and friend to many. He possesses a deep and abiding faith that seems to carry him through all manner of difficulty: the vagaries of the fishing industry, deaths of friends, family illnesses. He is a patriot of our nation, fully supports President George W. Bush, for whom he voted, and has always paid his taxes!

Rick also loves airplanes and flying, as do I, and we have had many conversations to that effect. Not only would it be impossible for people who feel as we do to cause intentional disaster aboard an aircraft, we would do everything possible to prevent another from attempting such an act.

Rick Reed is a good American, a good citizen of our country, a good man in his community and in his family. It is my privilege to declare his character above reproach, and to declare him my brother and my friend.

Debra J. Knepper
Pilot, United Airlines
187 Evergreen Drive
Evergreen, CO 80439-4712
303-674-6501

Mr. Omodare Jupiter
Assistant Federal Public Defender
1111-3rd Ave. Ste. 1100
Seattle, WA  98101

Dear Sir:

Please find enclosed the character declaration you have re-
quested for my brother-in-law, Mr. Rick Reed, whose case you
are currently handling.

If this is insufficient, or inadequate in some way, please let
me know immediately at the phone number listed below, and I
will gladly revise it.

On behalf of my family, our most sincere thanks for your
efforts on Rick's behalf.

Sincerely,

Debra J. Knepper
187 Evergreen Drive
Evergreen, CO  80439-4712
303-674-6501

To: Mr.Omadore Jupiter
Federal Public Defender
1111 3rd Ave. Suite 1100
Seattle, WA 98101

May 31, 2003

Hi Omodare:

My Name is Scott Parnell and I reside at 3755 NW Sierra Dr. Camas, WA 98607. I have been a commercial fishing boat owner and skipper for the past 21 years. I met Rick Reed in Bristol Bay Alaska in the mid 1980's. Over the years I have developed a close friendship with Rick that extends far beyond the scope of fishing. When visiting each other's homes we have on several occasions gone to church together and Rick we be a part of my wedding in 3 months. Rick is a hard working, hands on skipper that is well respected in the fishing community. I have never met a more honest, caring levelheaded man. I am lucky to have him as a friend.

The Charges that Rick is facing are very troubling to me. As a skipper myself, I know it is common practice to pack fishing supplies and take them on the plane. This would include seal bombs-sometimes by the case. What exacerbates this matter is that while Rick is being charged with something that many skippers and crew have done without giving it a second thought, the fishing season is just around the corner. Rick presently has a crew in Kodiak awaiting his arrival so they can begin fishing. Commercial fishing is Rick's main source of income. Unlike many other occupations, fishing is done on Mother Nature's schedule. A skipper must be ready to fish when the fish are running.

For as long as I have known him, I have never seen Rick lose control of any situation. When my boat was taking on water because of a crack in the hull, he was calm and collected and devised a plan that kept the boat afloat. For anyone to suggest that there was any substance to the charge that Rick had any intentions of wrongdoing is absurd. Rick has a loving wife, 2 young kids, more friends than anyone I know and an attitude that makes him conquer adversity without breaking stride. I am hopeful that once you have a chance to review the facts of the case and look at Rick's' personality profile you can introduce some common sense into this matter. If you have any question, Please feel free to call me at 360-833-2507 (WK) or 360-834-4082 (HM)

Respectfully

Scott Parnell

Scott Parnell

**CUSTOM TRUCK**
ACCESSORY & PERFORMANCE CENTER
6340 E. Parks Hwy.
Wasilla, AK 99687
907-746-5220

Mr. Jupiter,

It has come to my attention that Rick Reed has been detained from his flight to Alaska.

Admittedly these are changing times.  We all must adjust.  However, please do not punish a fisherman for carrying with him the tools of his trade.

I have known and fished around Rick Reed since 1988.  He is an honest, hard working, self reliant and resourceful individual.  He fits the profile of a fisherman, nothing else.

Please reconsider your charges against him.

Sincerely,

John H. Ohmann

Dear Mr. Jupiter,                    06-02-03

   I have commercial fished halibut and salmon for Rick Reed for the last 16 years. My wife, children and I have been on several hunting trips with Rick over the years. I have seen him interact with children and older people and he is one of the nicest I have seen him in good times and bad, and he has always looked on the bright side of things and didn't let 'stuff' get to him, he has always been the easy going type. Rick is a friend you could call anytime, day or night, for any reason, and he would show up with a smiling face to give you a hand with whatever needed to be done.

Yours truly,

Donald C. Messinger
Donald C. Messinger

Any questions please call
(907) 659-2688 work
(907) 376-7983 home
(907) 841-3802 cell

Dear Mr. Jupiter,                                    06-02-03

I have known Rick Reed for 16 years, since
Don started commercial fishing with him.
He has stayed with us on several occassions
through the years. If my husband was
away and if I needed anything, I could
count on Rick to help. Rick is one of the
nicest, considerate and generous person I
have known. Anytime we have needed
help, he was a phone call away and always
willing to help. Ricky has always come across
as an easy going kind of guy who is kind,
considerate and caring. He always seems to
to see the positive and is high energy, even
if things aren't going well. Rick is one
of the nicest people that I know, a true
friend.

Yours truly,

Rosemarie L. Messinger
Rosemarie L. Messinger

Any questions please call
(907) 376-7983

May 31, 2003


Federal Public Defender's Office
1111 - 3rd Avenue, Ste. 1100
Seattle, WA 98101

RE: Rick Reed:


I have known Rick Reed for the past 15 years. I have been on Rick's fishing boat with him halibut fishing and on pleasure outings. I have witnessed Rick in stressful situations.

I was around Rick many times while he went through a divorce. Rick is one of the kindest and calmest men that I know. I have seen Rick interact with my small children, and I have seen Rick interact and help out an elderly gentleman named Jack, and countless other people. Rick is the kind of man that would gladly give you the shirt off of his back if you needed it, then he would offer you his shoes.

I cannot stress enough how kind hearted and helpful to others Rick is to those he knows and even to strangers. Many years ago, Rick and his wife went to Mexico with myself and others to work on an orphanage, at his own expense. Rick is in the habit of extending himself this way.

With Regards,



Robert Jewett